# Order

Michigan Supreme Court
Lansing, Michigan

September 18, 2013

Robert P. Young, Jr.,
Chief Justice

146916

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                        SC: 146916
                                        COA: 310561
                                        Emmet CC: 10-003317-FH

RICHARD ALLEN NEILL,
          Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 7, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     CAVANAGH and MCCORMACK, JJ., would grant leave to appeal.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2013



Clerk

p0911